```
 1                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF MICHIGAN
 2                           SOUTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,

 5              Plaintiff,

 6   -v-                                         Case No. 18-20256

 7
     NICOLAS MEDINA-LIBORIO,
 8
                Defendant.
 9   _____/

10
                               ARRAIGNMENT
11
               BEFORE THE HONORABLE MONA K. MAJZOUB
12
           Detroit, Michigan, Monday, April 23rd, 2018.
13

14   APPEARANCES:

15   FOR THE PLAINTIFF:      CHARLES KHALIL
                             U.S. DEPARTMENT OF JUSTICE
16                           211 West Fort Street
                             Suite 2001
17                           Detroit, MI 48226

18
     FOR THE DEFENDANT:      LISA L. DWYER
19                           400 Monroe Street
                             Suite 280
20                           Detroit, MI  48226

21
     RECORDED BY:            SANDRA OSORIO, Recorder
22

23   TRANSCRIBED BY:         David B. Yarbrough, CSR, RMR, FCRR
                             Official Court Reporter
24                           (313) 234-2619

25          (Transcriber not present at live proceedings)
          (Transcript produced from digital voice recording)
```

```
 1                         TABLE OF CONTENTS
                                                              PAGE
 2    WITNESSES:

 3    NONE

 4

 5

 6

 7

 8

 9

10

11

12

13

14                              EXHIBITS

15    NONE

16

17

18

19

20

21

22

23

24

25
```

```
 1            Detroit, Michigan.
 2            Monday, April 23rd, 2018.
 3            At or about 1:14 p.m.
 4                      --    ---    --
 5        THE CLERK OF THE COURT:  The Court calls case number
 6   18-20256, United States of America versus Nicholas
 7   Medina-Liborio.
 8        MR. KHALIL:  Good afternoon, your Honor.  Charles
 9   Khalil on behalf of the United States.
10        THE COURT:  Thank you.
11        MS. DWYER:  Your Honor, good afternoon.  Lisa Dwyer
12   appearing on behalf Nicholas Medina-Liborio.
13        THE COURT:  Thank you.  Mr. Yasin, you remain under
14   oath.  Will the defendant please state his name to the Court?
15        THE DEFENDANT:  Nicholas Medina-Liborio.
16        THE COURT:  Mr. Medina-Liborio, you are here today to
17   be arraigned on an indictment.  You are charged in a one-count
18   indictment with conspiracy to possess with intent to distribute
19   and to distribute heroin.  Has this indictment been translated
20   for you into the Spanish language?
21        THE DEFENDANT:  Yes.
22        THE COURT:  Have you been able to discuss these
23   charges with your lawyer?
24        THE DEFENDANT:  No.
25        THE COURT:  Do you understand the charges?
```

```
 1              THE DEFENDANT:  Yes.
 2              THE COURT:  You have signed an Acknowledgment of
 3  Indictment.  It's dated today's date, April 23rd, and your
 4  lawyer has signed it as well.  By signing this document, you
 5  are telling this Court that you do in fact understand the
 6  charges as they are pled against you in this one-count
 7  indictment and again the charges are conspiracy to possess with
 8  intent to distribute and to distribute heroin and that you
 9  understand the potential penalties that you are facing should
10  you either plead guilty or be found guilty of these same
11  charges.  Is that an accurate statement?
12              THE DEFENDANT:  Yes.
13              THE COURT:  I'm entering your plea today of not
14  guilty.  This defendant previously consented to federal
15  detention.  Is there any other issue before the Court today?
16              MR. KHALIL:  Nothing from the United States, your
17  Honor.
18              THE COURT:  Ms. Dwyer?
19              MS. DWYER:  Nothing on behalf of defense.
20              THE COURT:  Thank you.
21              (Concluded at 1:16 p.m.)
22                       --    ---    --
23
24
25
```

```
 1                        C E R T I F I C A T E
 2
 3
 4
 5
 6
 7           I, David B. Yarbrough, Official Court
 8   Reporter, do hereby certify that the foregoing pages comprise a
 9   true and accurate transcript of the digital voice recording of
10   the proceedings had in this matter on Monday, April 23rd, 2018.
11
12
13
14
15   9/14/2018                        /s/ David B. Yarbrough
16   Date                             David B. Yarbrough,
                                      (CSR, RPR, FCRR, RMR)
17                                    231 W. Lafayette Blvd.
                                      Detroit, MI  48226
18
19
20
21
22
23
24
25
```