```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION

   UNITED STATES OF AMERICA,

                   Plaintiff,            Case No. 18-20256
     -v-

   D-3, KARINA GARCIA,

                   Defendant.
   _____/

                         INITIAL APPEARANCE

         BEFORE MAGISTRATE JUDGE R. STEVEN WHALEN
                 United States Magistrate Judge
          Theodore Levin United States Courthouse
                  231 West Lafayette Boulevard
                        Detroit, Michigan
                         April 9, 2018

   APPEARANCES:

   FOR THE PLAINTIFF:    ANDREW LIEVENSE
                         U.S. Attorney's Office
                         211 W. Fort Street
                         Suite 2001
                         Detroit, MI 48226


   FOR THE DEFENDANT:    NANCY MCGUNN
                         Federal Defenders Office
                         615 Abbott Street
                         Fifth Floor
                         Detroit, MI  48226



   INTERPRETER:  Fehmi Yasin

   TRANSCRIBED BY:
   Christin E. Russell
   FCRR, CRR, RPR, CSR-5607
   (248) 420-2720
   Proceedings digitally recorded.
```

## TABLE OF CONTENTS

| Hearing | Page |
| --- | --- |
| Initial Appearance | 3 |

**Exhibits:**

| No. | Description | Page |
| --- | --- | --- |

| | | |
| --- | --- | --- |
| CERTIFICATE OF REPORTER | | 6 |

```
 1   Detroit, Michigan
 2   April 9, 2018
 3   3:28 p.m.
 4                        *     *     *
 5           THE CLERK:  Calling Case No. 18-30195, Defendant No. 3.
 6   United States of America vs. Karina Garcia.
 7           MR. LIEVENSE:  Once again, Andrew Lievense on behalf of
 8   the United States.  This is, once again, Ms. Garcia's initial
 9   appearance on a criminal complaint.
10           THE COURT:  Okay.  Yasin, you are again interpreting,
11   having already been sworn.
12           Ms. Garcia?
13           THE DEFENDANT:  Yes.
14           THE COURT:  You are here in this same criminal
15   complaint that charges you with conspiracy to possess with
16   intent to distribute a controlled substance.
17           Have you received a copy of this complaint?
18           THE INTERPRETER:  Yes.
19           THE COURT:  And was that translated into Spanish for
20   you?
21           THE INTERPRETER:  No.
22           THE COURT:  Okay.  Okay.  We're going to make sure that
23   that's done so that you completely understand what you're
24   charged with and, you know, what the facts are that the
25   Government alleges.
```

1           However, I do want to tell you that you don't have to
2   say anything about this matter, and anything you do say can be
3   used against you in court.  You do have a right to a lawyer.
4   If you can't afford to pay one, I will appoint a lawyer for
5   you.
6           Would you like me to do that, Ms. Garcia?
7           THE INTERPRETER:  I don't know.  My kids are in the
8   back.
9           THE COURT:  I'm sorry.  I didn't hear that.
10          THE INTERPRETER:  I don't know.  My kids are in the
11  back.
12          THE COURT:  You would like a lawyer?
13          THE DEFENDANT:  Yes.
14          THE COURT:  Okay.  I think that's a good idea.  I'll
15  appoint the Federal Defender Office.
16          MS. MCGUNN:  Thank you, your Honor.
17          Nancy McGunn from the Federal Defender Office.  Your
18  Honor, just one point.  Ms. Garcia and I met, and actually Ms.
19  Garcia's English is quite good meeting in person, that's why
20  she mentioned to the Court she didn't need the complaint
21  translated.
22          THE COURT:  I understand.
23          MS. MCGUNN:  Right.  It's just for court purposes, I
24  think we may --
25          THE COURT:  Okay.

```
 1              MS. MCGUNN:  That's where the confusion may be.
 2              THE COURT:  That's fine, Ms. Garcia.  And if, however,
 3   there's anything in that complaint -- sometimes there's legal
 4   language in here that, you know, I speak English, I don't
 5   always understand it, but if there's anything you don't
 6   understand, we have an interpreter available to assist you.  Is
 7   that all right?  Okay.
 8              THE INTERPRETER:  Okay.
 9              THE COURT:  All right.  In terms, I assume the
10   Government is seeking detention in this as well?
11              MR. LIEVENSE:  Yes, your Honor.  And the Government
12   would request a detention hearing to be held on Wednesday.
13              THE COURT:  Okay.  Ms. McGunn?
14              MS. MCGUNN:  Yes, your Honor, Wednesday is fine.
15              THE COURT:  Okay.  Ms. Garcia, I'm going to order you
16   temporarily detained.  I'll set this for a detention hearing
17   for Wednesday, April 11th, at one o'clock p.m.
18         Okay.
19              MS. MCGUNN:  Thank you.
20      (Matter concluded, 3:31 p.m.)
21                 *              *              *
22
23
24
25
```

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from audio recorded proceedings in the above-entitled cause on the date hereinbefore set forth.

s/ Christin E. Russell

CHRISTIN E. RUSSELL, CSR, RPR, FCRR, CRR

Federal Official Court Reporter